# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover         Date:   June 3, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Matthew Farwell

Criminal Action No. 12-cr-00047-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Susan Knox

    Plaintiff,

v.

NICOLE GREGORY,                             Christopher Beasley

    Defendant.

---

## SENTENCING MINUTES
---

**9:07 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 1, 2012.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #403**) Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** The Government's Motion for Downward Departure (**Doc. #403**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.  The Sentence is one of "Time Served".**

The defendant is advised her right to appeal.

**ORDER:** Bond is exonerated.

**9:46 a.m.** **Court in recess.**

Total Time:   39 minutes.
Hearing concluded.